**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Benjamin-Barajas

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **PEDRO BENJAMIN-BARAJAS,** ) <br> ) <br> Defendant. ) <br> ) | Case No. 08mj1095 <br><br> **NOTICE OF APPEARANCE** |

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                                         Respectfully submitted,

Dated: April 15, 2008                                           s/ *Michelle Betancourt*
                                                         **MICHELLE BETANCOURT**
                                                         Federal Defenders of San Diego, Inc.
                                                         Attorneys for Defendant
                                                         michelle_betancourt@fd.org