UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>Pedro Benjamin-Barajas<br>　　　　　Defendant(s) | 08CR 1318-DMS<br>CRIMINAL NO. 08 MJ 1065<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

**Edith Elena Gonzalez - Santos**

DATED: 4/24/08

**Ruben B. Brooks**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
　　　　　DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
　　Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082