```
                                              FILED

                                         2008 JUN 30 PM 2:49

                                         CLERK US DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA

                                         BY_____KNH_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>             Plaintiff,             )<br>                                    )<br>        v.                          )<br>                                    )<br> PEDRO BENJAMIN-BARAJAS,            )<br>                                    )<br>             Defendant.             )<br> _____) | CASE NO. 08CR01318-001-DMS<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for August 8, 2008 is vacated and reset to September 12, 2008 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 6-26-08

_____
Dana M. Sabraw
U.S. District Judge

cc: all counsel of record

/tg