UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEDRO BENJAMIN-BARAJAS,<br><br>　　　　　Defendant. | CASE NO. 08CR01318-001-DMS<br><br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for August 8, 2008 is vacated and reset to September 12, 2008 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 6-26-08

　　　　　　　　　　　　　　　　Dana M. Sabraw
　　　　　　　　　　　　　　　　U.S. District Judge

cc: all counsel of record

/tg